No. A–385 (79–696). COUGHLIN *v.* ALABAMA. Sup. Ct. Ala. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–411 (79–5669). PFISTER *v.* ANDERSON CLINIC, INC., ET AL. C. A. 4th Cir. Application for recall and stay of mandate, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–447. BURLINGTON NORTHERN, INC. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–182. IN RE DISBARMENT OF BLONDES. It is ordered that Leonard Saul Blondes, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 78–990. UNITED STATES *v.* BAILEY ET AL.; and UNITED STATES *v.* COGDELL. C. A. D. C. Cir. [Certiorari granted, 440 U. S. 957.] Motion of respondents for leave to file supplemental brief after argument granted.

No. 78–1177. WHITE MOUNTAIN APACHE TRIBE ET AL. *v.* BRACKER ET AL. Ct. App. Ariz. [Certiorari granted, *ante,* p. 823.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted, and 10 additional minutes allotted for that purpose. Respondents also allotted an additional 10 minutes for oral argument.

No. 78–1522. ANDRUS, SECRETARY OF THE INTERIOR *v.* UTAH. C. A. 10th Cir. [Certiorari granted, 442 U. S. 928.] Motion of the Solicitor General to permit Peter Buscemi, Esquire, to present oral argument *pro hac vice* granted.